IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA



IN RE: )
)  CASE NO. 3:16mc113
Real property at 6698 Dam Cove Road, )
Conover, North Carolina, more particularly )
described in a deed recorded at Deed Book )  **ORDER TO SEAL**
03297, Pages 1458-1459, and further )
identified as Parcel 374502793020 at )
Catawba County Register of Deeds. )
)

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, IT IS HEREBY ORDERED that the Affidavit in this matter be sealed until further order of this court, but that the Order and Lis Pendens, which must be filed in county records, shall not be sealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 13 day of June 2016.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE