IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: Real property at 6698 Dam Cove Road, Conover, North Carolina, more particularly described in a deed recorded at Deed Book 03297, Pages 1458-1459, and further identified as Parcel 374502793020 at Catawba County Register of Deeds. | CASE NO.: 3:16-MC-113-FDW-DCK<br><br>**ORDER TO UNSEAL** |

**THIS MATTER IS BEFORE THE COURT** on the United States of America's "Motion To Unseal" (Document No. 4) filed May 8, 2017, which seeks to unseal this case because an Indictment has been returned, and there is no longer reason to seal this case.

**IT IS, THEREFORE, ORDERED** that the "Motion To Unseal" (Document No. 4) is **GRANTED** and all of the docket entries in this matter shall be **UNSEALED**.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: May 9, 2017

David C. Keesler
United States Magistrate Judge